State v. Jordan

STATE OF NORTH CAROLINA v. GEORGE JORDAN

No. 757SC77

(Filed 16 April 1975)

APPEAL by defendant from *Peel, Judge.* Judgments entered 26 August 1974 in Superior Court, WILSON County. Heard in the Court of Appeals 8 April 1975.

*Attorney General Edmisten, by Associate Attorney Robert W. Kaylor, for the State.*

*Farris, Thomas and Farris, by Robert A. Farris, for defendant appellant.*

MORRIS, VAUGHN and CLARK, Judges.

No error.